PENNSYLVANIA STEEL CO. v. NEW YORK CITY RY. CO. et al.

(Circuit Court, S. D. New York. September 30, 1908.)

COURTS (§ 500*)—ACTIONS AGAINST RECEIVER—ENFORCEMENT OF JUDGMENT.

A federal court has the sole right to control the disposition of property and the distribution of funds in the hands of its receivers, and will not permit an execution from a state court to be levied thereon.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 1407, 1408; Dec. Dig. § 500.*

Suits by and against receivers of, see note to J. I. Case Plow Works v. Finks, 26 C. C. A. 49.]

In Equity. On petition for leave to issue execution against receivers.

Byrne & Cutcheon, for complainant.
Masten & Nichols, for receivers of New York City Ry. Co.

LACOMBE, Circuit Judge. The petitioners obtained a judgment in the Municipal Court against receivers for damages resulting from an accident happening on the railway during their operation of it as officers of the court. Petitioners now apply to this court for leave to issue execution against the receivers. Meanwhile receivers, in entire good faith, have taken an appeal, feeling confident that upon a hearing in the state appellate court they will secure a reversal. Sufficient authority for the denial of the present application is found

in Judge Caldwell's opinion in Central Trust Co. v. St. Louis Railway Co., 41 Fed. 551, in the reasoning and conclusions of which this court fully concurs.

Motion denied.